# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PROMYSE PROSTHETIC-ORTHOTIC
GROUP, INC.

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF ECONOMIC
DEVELOPMENT AND STEPHEN
MORET, SECRETARY OF THE
DEPARTMENT OF ECONOMIC
DEVELOPMENT

NO.   2022 CW 0068

MARCH 28, 2022

---

In Re:    The Department of Economic Development and Don
          Pierson, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          632258.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT